# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

February 10, 2023

**By ECF & EMAIL**

The Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

Re: **United States v. Mercedes**, 23 Mag 905 (UA)

Dear Judge ~~Cave~~: WANG /OTW

I write with the consent of the Government to respectfully request an extension of time for Mr. Mercedes to secure two financially responsible co-signers until February 24, 2023 in the above-captioned case.

Our office is working to secure co-signers, but in the meantime, Mr. Mercedes is expected to voluntarily appear in the District of Delaware on February 23, 2023 after speaking with his Probation Officer there. He has been fully compliant with all other terms of his release since February 3, 2023.

Thank you for considering this request.

Sincerely,

Ian H. Marcus Amelkin
Assistant Federal Defender
212-417-87633

cc (by ECF): AUSA Brandon Thompson, Esq.

Approved.
[signature]
Feb 10, 2023